IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BRYANT WALLACE,<br><br>    Defendant. | **Case No.:** CR 18–0572 WHA<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER CONTINUING HEARING BY**<br>**ONE WEEK TO APRIL 9, 2019** |

The parties in the above-caption matter are currently set for change of plea on Tuesday 26, 2019, at 2:00 p.m. Unfortunately, due to an urgent medical issue, undersigned counsel for Defendant Bryant Wallace is unable to attend court on that date. Accordingly, the parties stipulate and jointly request that the matter be continued one week to April ~~2~~ 9, 2019, at 2:00 p.m.

IT IS SO STIPULATED.

<u>March 25, 2019</u>  
Dated

DAVID ANDERSON  
United States Attorney  
Northern District of California

/S  
AJAY KRISHNAMURTHY  
Assistant United States Attorney

<u>March 25, 2019</u>  
Dated

STEVEN G. KALAR  
Federal Public Defender  
Northern District of California

/S  
DANIEL P. BLANK  
Assistant Federal Public Defender

IT IS SO ORDERED.

<u>March 25, 2019</u>  
Dated

IT IS SO ORDERED AS MODIFIED  
Judge William Alsup